

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

14735 Main Street, Upper Marlboro, Maryland, 20772

To: WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
SERVE: ROBERT POLK
300 7TH STREET SW
WASHINGTON, DC 20024

Case Number: C-16-CV-24-002755
Other Reference Number(s):
Child Support Enforcement Number:

RONNICE EGERTON VS. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Issue Date: 6/18/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

RONNICE EGERTON
1404 Elkwood Lane
Apt# 201
Capitol Heights, MD  20743

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin* #216
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)          Page 1 of 2          06/18/2024 11:50 AM



EXHIBIT A

Ronnice Egerton vs. Washington Metropolitan Area Transit Authority

Circuit Court for Prince George's County
Case Number: C-16-CV-24-002755

## SHERIFF'S RETURN
(please print)

To: WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                         Name of person served

on _____ at _____
    Date of service              Location of service

_____ by _____ with the following:
                                      Manner of service

☐ Summons                              ☐ Counter-Complaint
☐ Complaint                            ☐ Domestic Case Information Report
☐ Motions                              ☐ Financial Statement
☐ Petition and Show Cause Order        ☐ Interrogatories
☐ Other _____
         Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other
                                      _____
                                      Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
       Date              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

RONNICE EGERTON, individually and :
as the parent and next friend of
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ her minor child :
1404 Elkwood Lane, #201
Capitol Heights, MD 20743 :

    Plaintiff, :
v.                                                        Case No. _____

WASHINGTON METROPOLITAN AREA :
TRANSIT AUTHORITY
**Please serve:**
ROBERT POLK :
300 7th Street, SW
Washington, D.C. 20024 :

    Defendant :

## COMPLAINT

COMES NOW the Plaintiff, RONNICE EGERTON, individually, and as the parent and next friend of ▓▓▓▓▓▓▓▓▓▓, her minor child, by and through their attorneys, Sosslau, Simcox & Cohen, and Joseph R. Simcox, Esquire and Bradley A. Cohen, Esquire, and sues the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (hereinafter "WMATA"), and for cause of action states as follows:

### COUNT I

1. That on or about the 21st day of September, 2023, the minor Plaintiff, ▓▓▓▓▓▓▓▓▓▓, was a lawful passenger on a Metrobus, owned and operated by Defendant, WMATA.

2. That on the aforesaid date, the Metrobus was being operated by an agent of the Defendant within the scope of his employment southbound on 57th Avenue at or near its intersection with Annapolis Road in Prince George's County, Maryland.

3. That Defendant WMATA, is liable for the negligence of its agent through the doctrine of respondeat superior.

4. That Defendant WMATA, and its agent driver, owed a duty to its passengers to operate the vehicle in a reasonable and prudent and prudent manner, to obey the rules of the road, and to avoid collisions and/or unreasonable danger to its passengers.

5. That the Defendant WMATA's driver breached said duty by failing to keep a proper lookout; by failing to keep his vehicle under control; by operating the vehicle in an unreasonable manner for the

conditions then and there existing; by failing to avoid a collision; and, was otherwise negligent and careless.

6.  That as a direct and proximate result of the negligence and carelessness of the Defendant WMATA, by and through its agent, the minor Plaintiff sustained serious, painful and permanent injury to and about his head, neck, body and limbs, which rendered him sick, sore, lame and distressed. He has and will in the future suffer great physical pain and mental anguish; he has and will in the future be required to expend large sums of money for medical care, treatment and related items; he has and will in the future lose substantial time from his place of employment; he has and will in the future be unable to pursue his usual and normal activities; and, he was otherwise injured and damaged.

WHEREFORE, the Plaintiff, RONNICE EGERTON, individually, and as the parent and next friend of ▮▮▮▮▮▮▮▮▮▮, her minor child, demands judgment **in excess of Seventy-Five Thousand Dollars ($75,000)**, plus costs and interest.

## JURY DEMAND

The Plaintiff demands a trial by jury as to all issues contained herein.

Respectfully submitted,

*/s/ Joseph R. Simcox*
Joseph R. Simcox, Esquire, #200862l0388
Sosslau Simcox & Cohen
7307-B Hanover Parkway
Greenbelt, MD 20770
(301) 982-3100
Jsimcox@skslaw.net

*/s/ Bradley A. Cohen*
Bradley A. Cohen, Esquire, #016200045
Sosslau Simcox & Cohen
7307-B Hanover Parkway
Greenbelt, MD 20770
(301) 982-3100
Bcohen@skslaw.net

2

IN THE CIRCUIT COURT FOR Prince George's County
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT    **CASE NUMBER** _____ (Clerk to insert)
**CASE NAME:** Ronnice Egerton, et al.  vs.  Washington Metropolitan Area Transit Auth.
                    Plaintiff                                              Defendant
**PARTY'S NAME:** Ronnice Egerton, as parent & next friend of ▇▇▇▇▇   **PHONE:** _____
**PARTY'S ADDRESS:** _____
**PARTY'S E-MAIL:** _____

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** Joseph R. Simcox   Bradley A. Cohen   **PHONE:** 301-982-3100
**PARTY'S ATTORNEY'S ADDRESS:** 7 307 Hanover Parkway, Suite B, Greenbelt, MD 20770
**PARTY'S ATTORNEY'S E-MAIL:** jsimcox@skslaw.net   bcohen@skslaw.net
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☐ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours  2 days

### PLEADING TYPE

**New Case:**      ☒ Original           ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment      ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)                  Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment ||
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property ||
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property ||
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance ||
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis ||
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution ||
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property ||
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages ||
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus ||
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus ||
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession ||
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order |||

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☒ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) ||||
|---|---|---|---|
| ☐ Under $10,000 | ☐ $10,000 - $30,000 | ☐ $30,000 - $100,000 | ☐ Over $100,000 |
| ☐ Medical Bills $ _____ | ☐ Wage Loss $ _____ | ☐ Property Damages $ _____ ||

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation    ☐ Yes ☐ No            C. Settlement Conference    ☐ Yes ☐ No<br>B. Arbitration    ☐ Yes ☐ No            D. Neutral Evaluation           ☐ Yes ☐ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**<br><br>☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*<br>*(Case will be tracked accordingly)*<br>☐ 1/2 day of trial or less         ☐ 3 days of trial time<br>☐ 1 day of trial time              ☐ More than 3 days of trial time<br>☒ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*<br>☐ **Expedited** - Trial within 7 months of Defendant's response        ☐ **Standard** - Trial within 18 months of Defendant's response |
| EMERGENCY RELIEF REQUESTED |

CC-DCM-002 (Rev. 12/2022)                    Page 2 of 3

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

June 5, 2024
Date

*Signature of Attorney / Party*

0106200045
Attorney Number

7307 Hanover Parkway, Suite B
Address

Bradley A. Cohen, Esquire
Printed Name

Greenbelt          MD          20770
City                State         Zip Code

CC-DCM-002 (Rev. 12/2022)          Page 3 of 3