IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RONNICE EGERTON, individually and as parent and next friend to, K.C., her minor child,** *et al.* <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br><br> **Defendant.** | **Case No.: 8:24-cv-02131-GLS** |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE REGARDING WMATA'S RESPONSES TO PLAINTIFF'S UNTIMELY FILED REQUEST FOR ADMISSIONS**

Defendant, Washington Metropolitan Area Transit Authority (hereafter "WMATA" or "Defendant"), by and through counsel, hereby files this notice in response the Court's Order requiring Plaintiff to respond to WMATA's Motion to Strike Plaintiff's Requests for Admission (ECF No. 49).

Per the Order, the Court instructed Plaintiff to respond by October 8, 2025 to WMATA's motion seeking to strike Plaintiff's untimely Requests for Admission. Plaintiff, however, did not file any opposition to WMATA's Motion to Strike. *See generally* ECF Nos. 1-49. Under Maryland federal case law, Plaintiff's failure to respond is tantamount to a waiver of any opposition on the merits. *See Stewart Title Guar. Co. v. Sandford Title Servs., LLC*, No. ELH-11-00620, 2011 U.S. Dist. LEXIS 130889 at *10 (D. Md. November 10, 2011); *Ferdinand-Davenport v. Children's Guild*, 742 F.Supp.2d 772, 777 (D. Md. 2010); *Mentch v. Eastern Sav. Bank, FSB*, 949 F.Supp. 1236, 1247 (D. Md. 2010).

322091829v.1

Given Plaintiff's decision not to oppose the Motion to Strike, WMATA does not intend to serve responses to Plaintiff's Requests for Admission as the Motion to Strike has been effectively conceded by Plaintiff. However, should the Court order a response to Plaintiff's Requests for Admissions, WMATA has the information available in which to do so and requests seven (7) days to provide a timely response.

Dated:  October 10, 2025                                             Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Patricia H. Beall*
Patricia H. Beall, Esq. (Bar No.: 29593)
Nathan R. Lefko, Esq. (Bar No.: 30994)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Patricia.Beall@wilsonelser.com
Nathan.Lefko@wilsonelser.com

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (Bar No.: 27867)
8444 Westpark Drive – Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
***Counsel for Defendant Washington Metropolitan Area Transit Authority***

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (Bar No.: 11470)
WMATA, Legal Department 7E,
P.O. Box 23768
Washington, D.C. 20026-3768
Telephone: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant Washington Metropolitan Area Transit Authority*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2025 a true and accurate copy of ***Defendant Washington Metropolitan Area Transit Authority's Notice Regarding WMATA's Responses to Plaintiff's Untimely Filed Request for Admissions*** was filed and served using the Court's CM/EFC system, which will send notification of such filing to all counsel in this action.

*/s/ Patricia H. Beall*
Patricia H. Beall
